**Order entered December 6, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01352-CR

**GLENN LOUIS BAKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82158-2014**

## ORDER

Before the Court is the Collin County District Clerk's December 3, 2018 request for an extension of time to file the clerk's record in this case. We **GRANT** the request and **ORDER** the record filed no later than **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE